# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| APPELHANS, DAVID J | § | Case No. 10-32129 |
| APPELHANS, KATHERINE L. | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
      . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/JOSEPH E. COHEN_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-32129 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | APPELHANS, DAVID J | | | Date Filed (f) or Converted (c): | 07/20/10 (f) |
| | APPELHANS, KATHERINE L. | | | 341(a) Meeting Date: | 08/23/10 |
| For Period Ending: | 10/29/12 | | | Claims Bar Date: | 12/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account # 4604399479 PNC Bank 574 W Route | 126.00 | 0.00 | | 0.00 | 0.00 |
| 2. Savings Account # 574 W Route 173 Antioch, IL 6000 | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. Household furniture and goods Residence | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. Books, pictures & art Residence | 50.00 | 0.00 | | 0.00 | 0.00 |
| 5. Wedding rings Residence | 750.00 | 0.00 | | 0.00 | 0.00 |
| 6. Sports equipment, bicycles & cameras Residence | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7. 401(k) Countryside Ind. Inc (ING) PO Box 990067 Ha | 5,677.52 | 0.00 | | 0.00 | 0.00 |
| 8. 401(k) MMC | 5,349.96 | 0.00 | | 0.00 | 0.00 |
| 9. 2008 Toyota Prius Residence | 14,050.00 | 0.00 | | 0.00 | 0.00 |
| 10. 2006 Starcraft RT Residence | 8,795.00 | 0.00 | | 0.00 | 0.00 |
| 11. 2004 Jeep Liberty Sport Residence | 3,500.00 | 0.00 | | 0.00 | 0.00 |
| 12. 1973 Marine Products Residence | 95.00 | 0.00 | | 0.00 | 0.00 |
| 13. 1984 Johnson 2 Stroke Motor | 45.00 | 0.00 | | 0.00 | 0.00 |
| 14. ATV/1993 Kawasaki Bayou Residence | 525.00 | 0.00 | | 0.00 | 0.00 |
| 15. Fishing Boat/1979 Mirrocraft 14 Ft Residence | 580.00 | 0.00 | | 0.00 | 0.00 |
| 16. Desktop PC (Gateway) Residence | 100.00 | 0.00 | | 0.00 | 0.00 |
| 17. Laptop Toshiba Residence | 150.00 | 0.00 | | 0.00 | 0.00 |
| 18. RESIDENCE | 132,000.00 | 0.00 | | 0.00 | 0.00 |
| 19. VACANT LOTS | 16,000.00 | 10,000.00 | | 6,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.56 | Unknown |
| TOTALS (Excluding Unknown Values) | $191,293.48 | $10,000.00 | | $6,000.56 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | |
|---|---|
| Case No: 10-32129   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: APPELHANS, DAVID J | Date Filed (f) or Converted (c): 07/20/10 (f) |
| APPELHANS, KATHERINE L. | 341(a) Meeting Date: 08/23/10 |
| | Claims Bar Date: 12/20/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING VALUE OF VACANT LAND OWNED BY DEBTOR.

Initial Projected Date of Final Report (TFR): 03/31/13      Current Projected Date of Final Report (TFR): 03/31/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-32129 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | APPELHANS, DAVID J | Bank Name: | BANK OF AMERICA, N.A. |
| | APPELHANS, KATHERINE L. | Account Number / CD #: | *******2044  Checking Account |
| Taxpayer ID No: | *******6443 | | |
| For Period Ending: | 10/29/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 5,913.89 | | 5,913.89 |

```
Account *******2044    Balance Forward       0.00
                    0  Deposits              0.00      0  Checks           0.00
                    0  Interest Postings     0.00      0  Adjustments Out  0.00
                                                       0  Transfers Out    0.00
                       Subtotal           $  0.00
                                                          Total         $  0.00
                    0  Adjustments In        0.00
                    1  Transfers In      5,913.89

                       Total           $ 5,913.89
```

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 17.00b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-32129 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | APPELHANS, DAVID J | | Bank Name: | UNKNOWN BANK |
| | APPELHANS, KATHERINE L. | | Account Number / CD #: | *******1906  BofA - Money Market Account |
| Taxpayer ID No: | *******6443 | | | |
| For Period Ending: | 10/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/19/11 | 19 | DAVID APPELHANS | Sale proceeds | 1110-000 | 6,000.00 | | 6,000.00 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 6,000.01 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,000.06 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.64 | 5,992.42 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,992.47 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.39 | 5,985.08 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,985.13 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.38 | 5,977.75 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,977.80 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.84 | 5,969.96 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,970.01 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.10 | 5,962.91 |
| 03/11/12 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 5.01 | 5,957.90 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,957.95 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.33 | 5,950.62 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 5,950.67 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.56 | 5,943.11 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,943.16 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.55 | 5,935.61 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,935.66 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.05 | 5,928.61 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,928.66 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.78 | 5,920.88 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 5,920.93 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 7.04 | 5,913.89 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 5,913.89 | 0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 10-32129 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | APPELHANS, DAVID J | Bank Name: | UNKNOWN BANK |
| | APPELHANS, KATHERINE L. | Account Number / CD #: | *******1906  BofA - Money Market Account |
| Taxpayer ID No: | *******6443 | | |
| For Period Ending: | 10/29/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******1906
- Balance Forward: 0.00
- 1 Deposits: 6,000.00
- 12 Interest Postings: 0.56
- Subtotal: $ 6,000.56
- 0 Adjustments In: 0.00
- 0 Transfers In: 0.00
- Total: $ 6,000.56

- 1 Checks: 5.01
- 11 Adjustments Out: 81.66
- 1 Transfers Out: 5,913.89
- Total: $ 6,000.56

Report Totals
- Balance Forward: 0.00
- 1 Deposits: 6,000.00
- 12 Interest Postings: 0.56
- Subtotal: $ 6,000.56
- 0 Adjustments In: 0.00
- 1 Transfers In: 5,913.89
- Total: $ 11,914.45

- 1 Checks: 5.01
- 11 Adjustments Out: 81.66
- 1 Transfers Out: 5,913.89
- Total: $ 6,000.56
- Net Total Balance: $ 5,913.89

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM2T4

Ver: 17.00b

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 29, 2012 |

Case Number: 10-32129  
Debtor Name: APPELHANS, DAVID J

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $5.01 | $5.01 | $0.00 |
| 070<br>7100-00 | COHEN & KROL | Unsecured | | $1,306.50 | $0.00 | $1,306.50 |
| 000001<br>070<br>7100-00 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Unsecured | | $6,578.95 | $0.00 | $6,578.95 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $17,880.63 | $0.00 | $17,880.63 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $7,486.35 | $0.00 | $7,486.35 |
| 000005<br>070<br>7100-00 | Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $316.68 | $0.00 | $316.68 |
| 000006<br>070<br>7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $7,291.42 | $0.00 | $7,291.42 |
| 000007<br>070<br>7100-00 | Steven J Cote<br>118 South Brook Place<br>Madison, AL 35758 | Unsecured | | $8,497.00 | $0.00 | $8,497.00 |
| 000008<br>070<br>7100-00 | Chase Bank USA NA<br>P.O. Box 15145<br>Wilimington, DE 19850-5145 | Unsecured | | $5,298.99 | $0.00 | $5,298.99 |
| 000009<br>070<br>7100-00 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $3,142.57 | $0.00 | $3,142.57 |
| 000010<br>070<br>7100-00 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $5,573.19 | $0.00 | $5,573.19 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 29, 2012 |

Case Number: 10-32129  
Debtor Name: APPELHANS, DAVID J  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 | American General Finance Springleaf Financial Services PO Box 971 Evansville, IN 47706 | Unsecured | | $2,312.65 | $0.00 | $2,312.65 |
| 000004 050 4210-00 | North Shore Bank 15700 W Bluemound Rd Brookfield, WI 53005 | Secured | | $8,513.60 | $0.00 | $8,513.60 |
| 000012 050 4110-00 | CitiFinancial Services, Inc. P.O. Box 6043 Sioux Falls, SD 57117-6043 | Secured | | $68,678.43 | $0.00 | $68,678.43 |
| | Case Totals: | | | $142,881.97 | $5.01 | $142,876.96 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

           Exhibit D

Case No.: 10-32129
Case Name: APPELHANS, DAVID J
        APPELHANS, KATHERINE L.
Trustee Name: JOSEPH E. COHEN

      Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | $ | $ | $ |
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000005 | Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | $ | $ | $ |
| 000006 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Steven J Cote<br>118 South Brook Place<br>Madison, AL 35758 | $ | $ | $ |
| 000008 | Chase Bank USA NA<br>P.O. Box 15145<br>Wilimington, DE 19850-5145 | $ | $ | $ |
| 000009 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000010 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000011 | American General Finance<br>Springleaf Financial Services<br>PO Box 971<br>Evansville, IN 47706 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE