# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| APPELHANS, DAVID J § | Case No. 10-32129 |
| APPELHANS, KATHERINE L. § | |
| § | |
| Debtor(s) § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 12/21/2012 in Courtroom ,
    North Branch Court
    1792 Nicole lane
    Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____
                                       Clerk, U. S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| APPELHANS, DAVID J | § | Case No. 10-32129 |
| APPELHANS, KATHERINE L. | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,000.56 |
| and approved disbursements of | $ | 86.67 |
| leaving a balance on hand of[1] | $ | 5,913.89 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,350.06 | $ 0.00 | $ 1,350.06 |
| Trustee Expenses: JOSEPH E. COHEN | $ 45.68 | $ 0.00 | $ 45.68 |
| Attorney for Trustee Fees: COHEN & KROL | $ 1,306.50 | $ 0.00 | $ 1,306.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 5.01 | $ 5.01 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,702.24 |
| Remaining Balance | $ | 3,211.65 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,378.43  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  5.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | $ 6,578.95 | $ 0.00 | $ 328.20 |
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 17,880.63 | $ 0.00 | $ 892.01 |
| 000003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 7,486.35 | $ 0.00 | $ 373.47 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Capital One,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | $ 316.68 | $ 0.00 | $ 15.80 |
| 000006 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 | $ 7,291.42 | $ 0.00 | $ 363.75 |
| 000007 | Steven J Cote 118 South Brook Place Madison, AL 35758 | $ 8,497.00 | $ 0.00 | $ 423.89 |
| 000008 | Chase Bank USA NA P.O. Box 15145 Wilmington, DE 19850-5145 | $ 5,298.99 | $ 0.00 | $ 264.35 |
| 000009 | Capital Recovery IV LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 3,142.57 | $ 0.00 | $ 156.77 |
| 000010 | Capital Recovery IV LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 5,573.19 | $ 0.00 | $ 278.03 |
| 000011 | American General Finance Springleaf Financial Services PO Box 971 Evansville, IN 47706 | $ 2,312.65 | $ 0.00 | $ 115.38 |

Total to be paid to timely general unsecured creditors         $         3,211.65

Remaining Balance         $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph E. Cohen
Trustee

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                    Case No. 10-32129-ABG
David J Appelhans                                         Chapter 7
Katherine L. Appelhans
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: arodarte              Page 1 of 3                  Date Rcvd: Nov 27, 2012
                              Form ID: pdf006             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2012.
db/jdb       +David J Appelhans,   Katherine L. Appelhans,   25426 W. Arcade Drive N,
               Lake Villa, IL 60046-9136
15871431      Bank of America,   P O Box 851001,   Dallas, TX 75285-1001
17869142     +Capital One,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
17890376      Capital Recovery IV LLC,   c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,
               Miami FL 33131-1605
15871433     +Capitol One,   P O Box 30281,   Salt Lake City, UT 84130-0281
15871434      Chase Bank,   PO BOX 15153,   Wilmington, DE 19886-5153
17889876      Chase Bank USA NA,   P.O. Box 15145,   Wilimington, DE 19850-5145
17885772      Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
15871437     +Citi Financial,   230 W Virginia St 5350,   Crystal Lake, IL 60014-7245
15871436      Citi Financial,   230 Virginia St 5350,   Crystal Lake, IL 60014
15871438     +Citi Financial Serices,   2038 North Richmond Road,   McHenry, IL 60051-5419
18704764      CitiFinancial Services, Inc.,   P.O. Box 6043,   Sioux Falls, SD 57117-6043
15871445     +HSBC Retail Services,   PO Box 17298,   Baltimore, MD 21297-1298
15871446     +HSBC Retail Services,   PO Box 17602,   Baltimore, MD 21297-1602
15871444     +Home Depot Credit Services,   PO Box 653000,   Dallas, TX 75265-3000
15871450     +North Shore Bank,   15700 W Bluemound Rd,   Brookfield, WI 53005-6073
15871451     +Resurgent Capitol Services,   o/b/o HSBC,   PO Box 1410,   Troy, MI 48099-1410
15871452     #+Steven J Cote,   118 South Brook Place,   Madison, AL 35758-3658
15871453    ++WACHOVIA DEALER SERVICES INC,   BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
             (address filed with court:   Wells Fargo Dealer Services,   PO Box 25341,   Santa Ana, CA 92799)
15871455     +WFNNB/New York & Co,   P O  Box 182789,   Columbus, OH 43218-2789
15871454      Wells Fargo Home Mortgage,   PO BOX 5296,   Carol Stream, IL 60197-5296

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15871439     +E-mail/Text: bankruptcy@commercebank.com Nov 28 2012 02:50:20      Commerce Bank,   PO Box 419248,
               Kansas City, MO 64141-6248
17822977      E-mail/Text: bankruptcy@commercebank.com Nov 28 2012 02:50:20      Commerce Bank,   P O BOX 419248,
               KCREC-10,   Kansas City, MO 64141-6248
15871442     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 28 2012 02:59:49      Discover,   PO Box 6103,
               Carol Stream, IL 60197-6103
17825004      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 28 2012 02:59:49      Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
15871447     +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2012 02:57:46      JC Penny,   PO Box 981131,
               El Paso, TX 79998-1131
15871448     +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 28 2012 02:44:53      Kohl's,   PO Box 2983,
               Milwaukee, WI 53201-2983
15871449     +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 28 2012 02:44:54      Kohls,   PO Box 2983,
               Milwaukee, WI 53201-2983
15871430      E-mail/PDF: cbp@slfs.com Nov 28 2012 02:55:54      American General Finance,   1828 Grand Ave,
               Waukegan, IL 60085
18277353      E-mail/PDF: cbp@slfs.com Nov 28 2012 02:55:54      American General Finance,
               Springleaf Financial Services,   PO Box 971,   Evansville, IN 47706
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15871432*     Bank of America,   P O Box 851001,   Dallas, TX 75285-1001
15871435*     Chase Bank,   PO BOX 15153,   Wilmington, DE 19886-5153
15871443*    +Discover,   PO Box 6103,   Carol Stream, IL 60197-6103
15871440    ##+Creditors Interchange,   o/b/o Citi Bank,   PO Box 1335,   Buffalo, NY 14240-1335
15871441    ##+Debt Free Associates,   6440 Avondale Dr Suite 200,   Oklahoma City, OK 73116-6416
                                                                                   TOTALS: 0, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: arodarte              Page 2 of 3              Date Rcvd: Nov 27, 2012
                              Form ID: pdf006             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 29, 2012**                           **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: arodarte              Page 3 of 3                  Date Rcvd: Nov 27, 2012
                              Form ID: pdf006             Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2012 at the address(es) listed below:

```
          Gina B Krol    on behalf of Trustee Joseph Cohen gkrol@cohenandkrol.com,
           jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Joseph E Cohen    on behalf of Trustee Joseph Cohen jcohenattorney@aol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com
          Joseph E Cohen    jcohen@cohenandkrol.com,    jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Scott A Bentley    on behalf of Debtor David Appelhans scottbentleylaw@gmail.com
          Yan  Teytelman    on behalf of Trustee Joseph Cohen yan@ytlawfirm.com,   law_4321@yahoo.com
                                                                                             TOTAL: 6
```