# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| APPELHANS, DAVID J | § | Case No. 10-32129 |
| APPELHANS, KATHERINE L. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/JOSEPH E. COHEN _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Financial 230 Virginia St 5350 Crystal Lake, IL 60014 | | | | | |
| | North Shore Bank 15700 W Bluemound Rd Brookfield, WI 53005 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Dealer Services PO Box 25341 Santa Ana, CA 92799 | | | | | |
| | Wells Fargo Home Mortgage PO BOX 5296 Carol Stream, IL 60197-5296 | | | | | |
| 000012 | CITIFINANCIAL SERVICES, INC. | | | | | |
| 000004 | NORTH SHORE BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American General Finance 1828 Grand Ave Waukegan, IL 60085 | | | | | |
| | Bank of America P O Box 851001 Dallas, TX 75285-1001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P O Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Capitol One P O Box 30281 Salt Lake City, UT 84130 | | | | | |
| | Chase Bank PO BOX 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chase Bank PO BOX 15153 Wilmington, DE 19886-5153 | | | | | |
| | Citi Financial 230 W Virginia St 5350 Crystal Lake, IL 60014 | | | | | |
| | Citi Financial Serices 2038 North Richmond Road McHenry, IL 60050 | | | | | |
| | Commerce Bank PO Box 419248 Kansas City, MO 64141 | | | | | |
| | Creditors Interchange o/b/o Citi Bank PO Box 1335 Buffalo, NY 14240-2270 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Debt Free Associates 6440 Avondale Dr Suite 200 Oklahoma City, OK 73116 | | | | | |
| | Discover PO Box 6103 Carol Stream, IL 60197 | | | | | |
| | Discover PO Box 6103 Carol Stream, IL 60197 | | | | | |
| | HSBC Retail Services PO Box 17298 Baltimore, MD 21297 | | | | | |
| | HSBC Retail Services PO Box 17602 Baltimore, MD 21297 | | | | | |
| | Home Depot Credit Services PO Box 653000 Dallas, TX 75265 | | | | | |
| | JC Penny PO Box 981131 El Paso, TX 79998 | | | | | |
| | Kohl's PO Box 2983 Milwaukee, WI 53201 | | | | | |
| | Kohls PO Box 2983 Milwaukee, WI 53201-3043 | | | | | |
| | Resurgent Capitol Services o/b/o HSBC PO Box 1410 Troy, MI 48099 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Steven J Cote 118 South Brook Place Madison, AL 35758 | | | | | |
| | WFNNB/New York & Co P O Box 182789 Columbus, OH 43218 | | | | | |
| 000011 | AMERICAN GENERAL FINANCE | | | | | |
| 000005 | CAPITAL ONE,N.A | | | | | |
| 000009 | CAPITAL RECOVERY IV LLC | | | | | |
| 000010 | CAPITAL RECOVERY IV LLC | | | | | |
| 000006 | CHASE BANK USA NA | | | | | |
| 000008 | CHASE BANK USA NA | | | | | |
| 000001 | COMMERCE BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000007 | STEVEN J COTE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

| Case No: | 10-32129    ABG   Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | APPELHANS, DAVID J | | Date Filed (f) or Converted (c): | 07/20/10 (f) |
| | APPELHANS, KATHERINE L. | | 341(a) Meeting Date: | 08/23/10 |
| For Period Ending: | 11/18/13 | | Claims Bar Date: | 12/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account # 4604399479 PNC Bank 574 W Route | 126.00 | 0.00 | | 0.00 | 0.00 |
| 2. Savings Account # 574 W Route 173 Antioch, IL 6000 | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. Household furniture and goods Residence | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. Books, pictures & art Residence | 50.00 | 0.00 | | 0.00 | 0.00 |
| 5. Wedding rings Residence | 750.00 | 0.00 | | 0.00 | 0.00 |
| 6. Sports equipment, bicycles & cameras Residence | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7. 401(k) Countryside Ind. Inc (ING) PO Box 990067 Ha | 5,677.52 | 0.00 | | 0.00 | 0.00 |
| 8. 401(k) MMC | 5,349.96 | 0.00 | | 0.00 | 0.00 |
| 9. 2008 Toyota Prius Residence | 14,050.00 | 0.00 | | 0.00 | 0.00 |
| 10. 2006 Starcraft RT Residence | 8,795.00 | 0.00 | | 0.00 | 0.00 |
| 11. 2004 Jeep Liberty Sport Residence | 3,500.00 | 0.00 | | 0.00 | 0.00 |
| 12. 1973 Marine Products Residence | 95.00 | 0.00 | | 0.00 | 0.00 |
| 13. 1984 Johnson 2 Stroke Motor | 45.00 | 0.00 | | 0.00 | 0.00 |
| 14. ATV/1993 Kawasaki Bayou Residence | 525.00 | 0.00 | | 0.00 | 0.00 |
| 15. Fishing Boat/1979 Mirrocraft 14 Ft Residence | 580.00 | 0.00 | | 0.00 | 0.00 |
| 16. Desktop PC (Gateway) Residence | 100.00 | 0.00 | | 0.00 | 0.00 |
| 17. Laptop Toshiba Residence | 150.00 | 0.00 | | 0.00 | 0.00 |
| 18. RESIDENCE | 132,000.00 | 0.00 | | 0.00 | 0.00 |
| 19. VACANT LOTS | 16,000.00 | 10,000.00 | | 6,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.56 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $191,293.48 | $10,000.00 | | $6,000.56 | $0.00 |

(Total Dollar Amount in Column 6)

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 17.04

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 10-32129    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | APPELHANS, DAVID J | Date Filed (f) or Converted (c): | 07/20/10 (f) |
| | APPELHANS, KATHERINE L. | 341(a) Meeting Date: | 08/23/10 |
| | | Claims Bar Date: | 12/20/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING VALUE OF VACANT LAND OWNED BY DEBTOR.  TRUSTEE SOLD VACANT LAND FOR $6,000.00.  TRUSTEE IS
PREPARING HIS FINAL REPORT. DISTRIBUTION HAS BEEN MADE TO CREDITORS.

Initial Projected Date of Final Report (TFR): 03/31/13          Current Projected Date of Final Report (TFR): 03/31/13

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-32129 -ABG |
| Case Name: | APPELHANS, DAVID J |
| | APPELHANS, KATHERINE L. |
| Taxpayer ID No: | *******6443 |
| For Period Ending: | 11/18/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2044  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 5,913.89 | | 5,913.89 |
| * 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 3.65 | 5,910.24 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.77 | 5,906.47 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.64 | 5,902.83 |
| 12/17/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.64 | 5,899.19 |
| 12/19/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.01 | 5,899.18 |
| 12/21/12 | 300001 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,350.06 | 4,549.12 |
| 12/21/12 | 300002 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL  60602-0000 | Chapter 7 Expenses | 2200-000 | | 45.68 | 4,503.44 |
| 12/21/12 | 300003 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 871.00 | 3,632.44 |
| 12/21/12 | 300004 | Joseph E. Cohen | Attorney for Trustee fees | 3110-000 | | 435.50 | 3,196.94 |
| 12/21/12 | 300005 | Commerce Bank P O BOX 419248 KCREC-10 Kansas City, MO 64141-6248 | Claim 000001, Payment 4.97146% | 7100-000 | | 327.07 | 2,869.87 |
| 12/21/12 | 300006 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000002, Payment 4.97153% | 7100-000 | | 888.94 | 1,980.93 |
| 12/21/12 | 300007 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000003, Payment 4.97158% | 7100-000 | | 372.19 | 1,608.74 |

| | | | Page Subtotals | | 5,913.89 | 4,305.15 | |

Ver: 17.04

FORM 2                                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-32129 -ABG | |
| Case Name: | APPELHANS, DAVID J | |
| | APPELHANS, KATHERINE L. | |
| Taxpayer ID No: | *******6443 | |
| For Period Ending: | 11/18/13 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH E. COHEN | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******2044  Checking Account | |
| | | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/21/12 | 300008 | Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000005, Payment 4.97032% | 7100-000 | | 15.74 | 1,593.00 |
| 12/21/12 | 300009 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 4.97146% | 7100-000 | | 362.49 | 1,230.51 |
| 12/21/12 | 300010 | Steven J Cote<br>244 Kyser Blvd., Apt 803<br>Madison, AL 35758 | Claim 000007, Payment 4.97152% | 7100-000 | | 422.43 | 808.08 |
| 12/21/12 | 300011 | Chase Bank USA NA<br>P.O. Box 15145<br>Wilimington, DE 19850-5145 | Claim 000008, Payment 4.97151% | 7100-000 | | 263.44 | 544.64 |
| 12/21/12 | 300012 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000009, Payment 4.97173% | 7100-000 | | 156.24 | 388.40 |
| 12/21/12 | 300013 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000010, Payment 4.97148% | 7100-000 | | 277.07 | 111.33 |
| 12/21/12 | 300014 | American General Finance<br>Springleaf Financial Services<br>PO Box 971<br>Evansville, IN 47706 | Claim 000011, Payment 4.97179%<br>(11-1) money loaned<br>(11-1)<br>Modified to correct creditors name on 12/22/11 (ar) | 7100-000 | | 114.98 | -3.65 |
| * 07/31/13 | | Reverses Adjustment OUT on 10/16/12 | BANK SERVICE FEE | 2600-003 | | -3.65 | 0.00 |

|  |  | Page Subtotals | 0.00 | 1,608.74 |
|---|---|---|---|---|

Ver: 17.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2                                                                                                          Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                              Exhibit 9

| Case No: | 10-32129  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | APPELHANS, DAVID J | Bank Name: | ASSOCIATED BANK |
| | APPELHANS, KATHERINE L. | Account Number / CD #: | *******2044  Checking Account |
| Taxpayer ID No: | *******6443 | | |
| For Period Ending: | 11/18/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,913.89 | 5,913.89 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 5,913.89 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,913.89 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 5,913.89 | |

Page Subtotals                                  0.00                    0.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 10-32129 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | APPELHANS, DAVID J | Bank Name: | BANK OF AMERICA, N.A. |
| | APPELHANS, KATHERINE L. | Account Number / CD #: | *******1906  BofA - Money Market Account |
| Taxpayer ID No: | *******6443 | | |
| For Period Ending: | 11/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/19/11 | 19 | DAVID APPELHANS | Sale proceeds | 1110-000 | 6,000.00 | | 6,000.00 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 6,000.01 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,000.06 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.64 | 5,992.42 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,992.47 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.39 | 5,985.08 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,985.13 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.38 | 5,977.75 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,977.80 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.84 | 5,969.96 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,970.01 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.10 | 5,962.91 |
| 03/11/12 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 5.01 | 5,957.90 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,957.95 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.33 | 5,950.62 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 5,950.67 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.56 | 5,943.11 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,943.16 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.55 | 5,935.61 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,935.66 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.05 | 5,928.61 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,928.66 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.78 | 5,920.88 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 5,920.93 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 7.04 | 5,913.89 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |

|  | Page Subtotals | 6,000.56 | 86.67 |
|---|---|---|---|

Ver: 17.04

Page:   5

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-32129  -ABG |
| Case Name: | APPELHANS, DAVID J |
| | APPELHANS, KATHERINE L. |
| Taxpayer ID No: | *******6443 |
| For Period Ending: | 11/18/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1906  BofA - Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 5,913.89 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 6,000.56 | 6,000.56 | 0.00 |
| | Less:  Bank Transfers/CD's | | 0.00 | 5,913.89 | |
| | Subtotal | | 6,000.56 | 86.67 | |
| | Less:  Payments to Debtors | | | 0.00 | |
| | Net | | 6,000.56 | 86.67 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******2044 | 0.00 | 5,913.89 | 0.00 |
| BofA - Money Market Account - ********1906 | 6,000.56 | 86.67 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 6,000.56 | 6,000.56 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          5,913.89

Ver: 17.04

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*